THE WASHINGTON TRUST COMPANY OF THE CITY OF NEW YORK, Appellant, *v.* CHRISTOPHER C. BALDWIN, Defendant.

WILLIAM W. BALDWIN, as Executor of CHRISTOPHER C. BALDWIN, Deceased, Respondent.

*Washington Trust Co.* v. *Baldwin,* 118 App. Div. 186, affirmed.
(Argued September 30, 1907; decided October 15, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1907, which reversed an order of Special Term granting a motion to revive and continue an action against the executor of a sole defendant and denied said motion.

The following question was certified : " Was the plaintiff entitled as a matter of right to a revival of the action notwithstanding the motion to revive was not made until more

than nine years after the death of the defendant and the appointment and qualification of the executor of his will?"

*W. C. Percy* for appellant.

*Maunsell B. Field* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.